1

2                 UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
3                        AT TACOMA

4   VISHAL SINGH UPPAL,

5              Plaintiff,

6         v.                              Case No. C06-5167FDB

7   JOSEPH W. WILLIS, Deportation officer, A    ORDER GRANTING PLAINTIFF'S
    NIEL CLARK, Field office director,          MOTION FOR EXTENSION TO FILE
8   Immigration and Customs Enforcement.,       OBJECTIONS TO THE REPORT
                                                AND RECOMMENDATION
9              Defendants.

10
            Owing to the limited time he has available to spend in the law library, Plaintiff requests a ten-
11
    day extension of time to file his objections to the Report and Recommendation presently noted for
12
    consideration October 13, 2006.  Plaintiff states that he received the R&R (which was entered on the
13
    docket on September 14, 2006) on September 19, 2006.  Finding good cause shown, Plaintiff's
14
    motion will be granted.
15
            IT IS ORDERED:   (1) Plaintiff's Motion for Extension of Time to File Objections [Dkt. #
16
    21] is GRANTED;  objections to the Report and Recommendation entered On September 14, 2006
17
    [Dkt. # 17] are due Friday, October 20, 2006;
18
            (2)  Reply from Defendants is due Friday, October 27, 2006; and
19
            (3) The Clerk shall STRIKE the current noting date of October 13, 2006 and Re-Note this
20
    matter for October 27, 2006.
21
            DATED this 6th day of October, 2006.
22

23

24                                      _____
                                        FRANKLIN D. BURGESS
25                                      UNITED STATES DISTRICT JUDGE

26  ORDER - 1