UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VISHAL SINGH UPPAL,<br><br>         Plaintiff,<br><br>   v.<br><br>JOSEPH WILLIE *et al.*,<br><br>         Defendants. | Case No.  C06-5167 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiffs' motion and the Defendant's response, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Court will not consider this second motion to stay deportation in a Civil Rights or Bivens action. The issue of deportation has it's own procedures. Further, petitioner's Habeas Corpus on the same issues has been considered and denied by this Court in Seattle under cause number C06-261JLR.

(3) The court will not consider the motion on the merits and the motion is **DISMISSED.  Further, no further motions regarding this issue will be entertained in this case.  Any further motion asking for a stay of deportation will be filed without further action by the**

ORDER
Page - 1

**court.**

(4)    Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 8th day of December, 2006.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE