UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VISHAL SINGH UPPAL,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSEPH WILLIE *et al.*,<br><br>            Defendants. | Case No.  C06-5167 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION AS ABANDONED |

   This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that the action be dismissed as abandoned.  Plaintiff has not filed objection.

   The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, and the remaining record, does hereby find and ORDER:

   (1)   The Court adopts the Report and Recommendation;

   (2)   This action is **DISMISSED WITHOUT PREJUDICE**.  This dismissal is based on Plaintiff's failure to prosecute the action and Plaintiff's failure to take the steps ordered by the court to file a joint status report.  It appears plaintiff has abandoned this action.

   (3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. J. Kelley Arnold.

   DATED this 23rd  day of July, 2007.

                                              FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE

ORDER
Page - 1