# United States District Court

WESTERN DISTRICT OF WASHINGTON

VISHAL SINGH UPPAL

       v.

JOSEPH WILLIE, *et al.*,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5167FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE**. This dismissal is based on Plaintiff's failure to prosecute the action and Plaintiff's failure to take the steps ordered by the court to file a joint status report. It appears plaintiff has abandoned this action.

| | |
|---|---|
|    July 24, 2007    |    BRUCE RIFKIN    |
| Date | Clerk |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |